■ MATHILDE FRUHWALD et al., Respondents, v. DEVERE TRUCKING CORP. et al., Defendants, and T. FERRARA, Appellant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the March Term, beginning February 26, 1962; appeal ordered on the calendar for said term. The record and appel-

lant's brief must be served and filed on or before February 7, 1962. Beldock, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.